IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSSER'S INC., d/b/a | : | CIVIL ACTION |
| GENUINE TOBACCO COMPANY, | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 10-4355 |
| | : | |
| UNITED STATES, et al., | : | |
| Defendants | : | |

# O R D E R

**AND NOW,** this   26th   day of September, 2011, upon careful consideration of the plaintiff's motion for injunctive relief (Document #4), the defendants' response thereto (Document #11), and after a hearing on the motion, IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

IT IS FURTHER ORDERED that a telephone status conference will be conducted from the Reading chambers on **Friday, October 7, 2011** at **10:15 a.m.**  Counsel for the plaintiff shall initiate the call, and include the Reading chambers (610-320-5006) and the law clerk (267-299-7764).

BY THE COURT:


   /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.