# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUSSER'S INC., d/b/a** | : | **CIVIL ACTION** |
| **GENUINE TOBACCO COMPANY,** | : | |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 10-4355** |
| | : | |
| **UNITED STATES, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this 18th day of February, 2014, upon careful consideration of the plaintiff's motion for reconsideration (Document #38), and the defendants' response thereto (Document #41), IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.