IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUSSER'S INC., d/b/a** | : | CIVIL ACTION |
| **GENUINE TOBACCO COMPANY,** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 10-4355 |
| | : | |
| **UNITED STATES, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   18th   day of February, 2014, upon careful consideration of the defendants' motion to dismiss (Document #41), and the plaintiff's response thereto (Document #42), IT IS HEREBY ORDERED that the motion is GRANTED.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

   /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.